IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00257-AP

LAURA C. CANTY,

      Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

                    <u>For Plaintiff:</u>
                    MICHAEL W. SECKAR
                    402 W. 12th Street
                    Pueblo, CO 81003
                    (719) 543-8636
                    seckarlaw@mindspring.com

                    <u>For Defendant:</u>
                    DAVID M. GAOUETTE
                    Acting United States Attorney

                    KEVIN TRASKOS
                    Deputy Chief, Civil Division
                    United States Attorney's Office
                    District of Colorado

                    THOMAS H. KRAUS
                    Special Assistant United States Attorney
                    1961 Stout Street, Suite 1001A
                    Denver, Colorado 80294
                    (303) 844-0017
                    tom.kraus@ssa.gov

2.    **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.    **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** 2/6/09

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 3/17/09

    C.    **Date Answer and Administrative Record Were Filed**: 5/4/09

4.    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The partes, to the best of their knowledge, state that the administrative record is complete and accurate.

5.    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.    **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.    **OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court.

8.    **BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** 7/7/09

    B.    **Defendant's  Response Brief Due:** 8/14/09

    C.    **Plaintiff's  Reply Brief (If Any) Due:** 8/28/09

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument

    **B.**    **Defendant's Statement:**  Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

### *Indicate below the parties' consent choice.*

    **A.**    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED:  May 22, 2009

BY THE COURT:


*S/John L. Kane*
U.S. DISTRICT COURT JUDGE


APPROVED:

s/ Michael W. Seckar
MICHAEL W. SECKAR
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

Attorney for Plaintiff

DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado

s/ Thomas H. Kraus
By: THOMAS H. KRAUS
Special Assistant U.S. Attorney
Social Security Administration
Office of the General Counsel
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

Attorneys for Defendant