UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00257-WYD

LAURA C. CANTY,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security,

    Defendant.

## ORDER

THIS MATTER is before the Court on the parties' Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act. The motion asserts that the parties have stipulated that Plaintiff be awarded attorney fees in the amount of $4,000.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

Having reviewed the motion, I find that an award of fees to Plaintiff under the EAJA is proper, that the amount of fees requested is reasonable, and that the Motion should be granted. Accordingly, it is

ORDERED that the Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (doc. # 17 filed June 22, 2010) is **GRANTED**. In accordance therewith, it is

ORDERED that Plaintiff is awarded attorney fees in the amount of $4,000.00 under the EAJA.

Dated June 22, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge